**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JANIS B. REDA,<br><br>        Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a foreign corporation; DOE INDIVIDUALS 1-10; ROE CORPORATIONS 1-10,<br><br>        Defendant(s). | 2:22-cv-00974-CDS-VCF<br><br>**ORDER** |

    Before the court is *Janis B. Reda v. Unum Life Insurance Company of America*, case number 2:22-cv-00974-CDS-VCF.

    A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

    Accordingly,

    IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before November 7, 2022.

    DATED this 25th day of October 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE