1

2 **UNITED STATES DISTRICT COURT**

3 **DISTRICT OF NEVADA**

4 ***

5

6

7 JANIS REDA,                                              2:22-cv-00974-CDS-VCF

                        Plaintiffs,
8                                                          **ORDER**
   v.
9
   UNUM LIFE INSURANCE COMPANY OF
10 AMERICA, a foreign corporation; DOE
   INDIVIDUALS 1-10; ROE CORPORATIONS 1-
11 10,

12                      Defendants.

13

14       This case has been assigned to the undersigned Magistrate Judge by random draw.  Because his

15 impartiality might reasonably be questioned, the undersigned must recuse himself from the above entitled

16 and numbered case.   28 USC § 455 Code of Conduct for United States Judges, Canon 3(C)(1).

17 Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another

18 Magistrate Judge.

19       IT IS SO ORDERED.

20       DATED this 26th day of April 2023.

21

22

23 _____
   CAM FERENBACH
24 UNITED STATES MAGISTRATE JUDGE

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25