Nicole G. True
Nevada Bar No. 12879
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ  85004
Tel: 602.262.5311
NTrue@lewisroca.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JANIS REDA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a foreign corporation; DOE INDIVIDUALS 1-10; ROE CORPORATIONS 1-10,<br><br>    Defendants. | CASE NO. 2:22-cv-00974-CDS-VCF<br><br>**DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S OPENING BRIEF (FIRST REQUEST) (ECF NO. 30)** |

    Defendant Unum Life Insurance Company of America hereby moves for an order extending the deadline for it to respond to Plaintiff's Opening Brief. This is Defendant's first request for an extension.

    As no deadline was previously set for Defendant's Answering Brief, pursuant to Local Rule 7-2(b), Defendant's Answering Brief is currently due June 12, 2024. Given the dispositive nature of this briefing and existing constraints posed by undersigned counsel's schedule, Defendant requests that the deadline for its Answering Brief be set for June 28, 2024. Defendant requests this extension in good faith and not for the purposes of delay.

    Counsel for Defendant conferred with counsel for Plaintiff, who confirmed Plaintiff would not oppose this Motion.

    DATED this 5th day of June, 2024.

125044954.1

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Nicole G. True*
Nicole G. True
Nevada Bar No. 12879
201 East Washington Street, Suite 1200
Phoenix, AZ  85004
Tel.: 602.262.5311
NTrue@lewisroca.com

*Attorneys for Defendant*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

Dated: June 5, 2024

- 2 -

125044954.1