UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Janis Reda,

        Plaintiff

v.

Unum Life Insurance Company of America,

        Defendant

Case No. 2:22-cv-00974-CDS-EJY

**Order Setting Status Conference**

Plaintiff Janis Reda brings this action against Unum Life Insurance Company of America for wrongfully denying her long-term disability and homecare benefits in violation of the Employee Retirement Income Security Act (ERISA). Compl., ECF No. 4. During an audit of the court's docket, it was discovered that Reda filed an opening brief (ECF No. 30), and Unum has responded (ECF No. 35). Because Reda submitted a letter to the court in February (ECF No. 38), it appears the dispute is ongoing, but the court needs additional information to determine the status of this action. The parties are therefore ordered to appear for a status conference on August 14, 2025, at 11:00 a.m. in LV Courtroom 6B.

Dated: July 30, 2025

_____
Cristina D. Silva
United States District Judge